## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Alison Brisbin,

                        Plaintiff,

                                                  Civ. No. 10-2130 (RHK/JJK)
                                                  **ORDER**

v.

Aurora Loan Services, LLC, *et al.*,

                        Defendants.

      This matter is before the Court *sua sponte*.

      Plaintiff Alison Brisbin alleges in this action that Defendants conducted an illegal foreclosure on (and sheriff's sale of) her home. On February 7, 2011, Defendants filed a Motion for Summary Judgment, which is currently scheduled to be heard by the Court on May 2, 2011. The Motion has been fully briefed, and having reviewed the parties' Motion papers, the Court does not believe that oral argument will materially assist its resolution of the Motion. Based on the foregoing, and all the files, records, and proceeding s herein, **IT IS ORDERED** that the hearing on the Motion is **CANCELED**, and the Court will decide the Motion based on the written record. The Motion is deemed submitted as of April 18, 2011, the date of Defendants' Reply Memorandum.

Dated: April 25, 2011                                           s/Richard H. Kyle
                                                                  RICHARD H. KYLE
                                                                   United States District Judge